ESTHER HERSCOVITZ, Tr., *vs.* CHARLES GUERTIN.

PROVIDENCE—APRIL 20, 1901.

PRESENT : Stiness C. J., Tillinghast and Rogers, JJ.

(1)  *Pleading.    Trover.    Assignments.*

An action of trover is improperly brought in the name of an assignor as trustee for his assignee when the conversion occurs after the assign-ment.

TROVER.    The facts are stated in the opinion.    Heard on petition of defendant for new trial, and petition granted.

(1)    PER CURIAM.    This case is brought in trover by the plain-tiff as trustee for her assignee.    It appears that the goods

alleged to have been converted were leased on May 5, 1900, and that the assignment was made June 26, 1900. The alleged conversion by demand and refusal, if any there was, occurred after that. Hence, according to *Meyers v. Briggs,* 11 R. I. 180, the title to the goods had passed to the assignee, and the action should have been brought in his name.

The affidavits show a sufficient ground of accident and mistake. A new trial is granted, and the execution is quashed.

The Eleventh District Court is hereby directed to re-enter said case upon its docket on Wednesday, May 1, 1901, for further proceedings. A certified copy of this order will be forwarded to the clerk of the Eleventh District Court.